SEALED

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF )<br>)<br>RUTGER AAD JANSE )<br>)<br>) | Case No. 23-mc-23811<br><br>**FILED UNDER SEAL** |

### ORDER TO SEAL

Upon motion of the United States to seal the complaint in the above-captioned matter, the arrest warrant, the government's sealing motion, the sealing Order, and entries on the public docket, it is hereby,

ORDERED, that the Clerk of the Court seal in this matter the complaint, any supporting documents and docket entries, the arrest warrant, the underlying motion to seal, and this Order, except that the United States government may disclose the existence and/or contents of the complaint, any supporting documents and docket entries, and the arrest warrant, to appropriate law enforcement or other personnel, both in the United States and internationally, to the extent that such disclosure is in furtherance of efforts to obtain custody of or to detain the fugitive.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the complaint, any supporting documents, the arrest warrant, the underlying motion to seal, and this Order until further order of the Court.

It is FURTHER ORDERED that the complaint, any supporting documents and docket entries, the arrest warrant, the underlying motion to seal, and this Order in the above-captioned matter shall be unsealed upon oral motion of the government to this Court or to any Court where the fugitive is first presented.

1

It is FURTHER ORDERED that the Clerk of Court shall provide to the United States Department of Justice certified copies of the complaint, any supporting documents and docket entries, the arrest warrant, the underlying motion to seal, and this Order in the above-captioned matter upon request.

Date: **10/5/23**

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE