# MINUTE ORDER

Page 8

## Magistrate Judge Jacqueline Becerra

| King Building Courtroom 10-6 | Date: 10/6/23 Time: 1:30 p.m. |
|---|---|

Defendant: Rutger Aad Janse  J#: 07996-506  Case #: 23-23811-MC-BECERRA(SEALED)
AUSA: Robert Moore  Attorney: AFPD Jenny Wilson
Violation: EXTRADITION COMPLAINT (THE NETHERLANDS)  Surr/Arrest Date: 10/5/23  YOB: 1995

Proceeding: Initial Appearance  CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond:
Bond Set at:  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
- Brady given
- Deft advised rights
- Case unsealed
- Court appt FPD
- Gvt req PTD
- re vrj sk

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:
Report RE Counsel:
(PTD)/Bond Hearing: 10-11  130pm  Duty  MJH
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:53:39 / 14:08:43  Time in Court: 3 mins

s/Jacqueline Becerra  Magistrate Judge