UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

RE: IN THE MATTER OF )
THE EXTRADITION OF ) Misc. No. 23-mc-23811
RUTGER AAD JANSE )

**AFFIDAVIT OF WAIVER OF EXTRADITION**

I, Rutger Aad Janse, having been fully informed by my attorney, Kirsten Nelson, of my rights under the extradition treaty in force between the United States and the Kingdom of the Netherlands ("the Netherlands"), and 18 U.S.C. §§ 3184-3196, do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to the Netherlands.

1. My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and the Netherlands, the applicable sections of Title 18 of the United States Code, and the complaint filed by the United States Attorney in fulfillment of the United States' treaty obligations to the Government of the Netherlands.

2. I understand that, pursuant to 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:

   a. That currently there is an extradition treaty in force between the United States and the Netherlands;

   b. That the treaty covers the offenses for which my extradition was requested;

   c. That I am the person whose extradition the Netherlands seeks; and

   d. That probable cause exists to believe that I committed the offenses for which extradition was requested.

3. I admit that I am the individual against whom charges are pending in the Netherlands and for whom process is outstanding there. I fully understand that in the absence of

a waiver of my rights, I cannot be compelled to return to the Netherlands unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States issues a warrant of surrender.

4. I have reviewed the complaint, and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of the Netherlands.

5. I hereby waive my rights under the extradition treaty and the applicable sections of Title 18 of the United States Code, and agree to be transported in custody, as soon as possible, to the Netherlands, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from the Netherlands.

6. No representative, official, or officer of the United States or of the Government of the Netherlands, nor any other person whosoever, has made any promise or offered any other form of inducement or made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily, and entirely of my own free will and accord.

Dated this **24** day of **Oct.**, 2023.

_____
Rutger Aad Janse

_____
Kirsten Nelson
Attorney for Rutger Aad Janse

I hereby certify that on this **27** day of **Oct**, 2023, Rutger Aad Janse personally appeared before me and made his oath in due form of law that the statements herein are true.

_____
HON. JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

2